# WRITTEN ALLEGATION
(Multiple Summaries of Offenses)

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF BUTLER**

**Affiant Information**
Affiant Name: KEVIN MICHAEL MIKULAN
Arresting Agency: ZELIENOPLE BOROUGH POLICE
Address: 111 WEST NEW CASTLE ST
City/State/ZIP: ZELIENOPLE, PA 16063
Telephone: (724)452-3003

In the Interest of:
JP# 2017-000133   160 of 2017
Address: 437 E BEAVER ST
City/State/ZIP: ZELIENOPLE, PA 16063

## JUVENILE IDENTIFICATION INFORMATION

Date Filed: 10/08/2017
Request Lab Services? NO
GENDER: Male
RACE: White
ETHNICITY: Non-Hispanic
HAIR COLOR: XXX (Unk./Bald)
EYE COLOR: (none marked clearly)
Driver License: XXX (Unknown)
DNA: NO
WEIGHT (lbs.): 187
HEIGHT: 5 ft. 11 in.
Juvenile Fingerprinted: NO
Juvenile Photographed: NO

## PARENT / GUARDIAN INFORMATION

**Mother**
Name: ALECIA FLOOD
Address: 437 E BEAVER ST
City/State/ZIP: ZELIENOPLE, PA 16063-
Phone: (412)417-8091

**Father**
Name: MICKEY FLOOD
Address: 437 E BEAVER ST
City/State/ZIP: ZELIENOPLE, PA 16063
Phone: (724)453-1583
DOB: 06/21/1972

## ARREST & DETENTION
(blank)

## APPROVAL OF THE ATTORNEY FOR THE COMMONWEALTH
Approved ☒

I, **KEVIN MICHAEL MIKULAN**, of **ZELIENOPLE BOROUGH POLICE DEPARTMENT**

PSP/MPOETC ID: 4416/39287
Police Agency ORI Number: PA0100400

1. Do hereby represent that it is in the best interest of the juvenile and the public that proceedings be brought, and that the juvenile is in need of treatment, supervision or rehabilitation:

☒ I accuse the above named Juvenile who lives at the address set forth above
☐ I accuse the Juvenile whose name is unknown to me but who is described as
☐ I accuse the Juvenile whose name and popular designation are unknown to me and whom I have therefore designated as John Doe or Jane Doe

has committed a delinquant act by violating the penal laws of the Commonwealth of Pennsylvania at
**422** ZELIENOPLE BOROUGH - 402 E BEAVER ST ZELIENOPLE in **BUTLER** County
on or about JULY 19, 2017 AT 0831 HRS.

OCT 10 2017 RECEIVED

# WRITTEN ALLEGATION

| Docket Number | Date Filed | OTN/LiveScan Number | Allegation Number |
|---|---|---|---|
| | 10/08/2017 | | |

| Juvenile Name | First | Middle | Last |
|---|---|---|---|
| | T███ | ███████ | F████ |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.
(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits 204 PA §§ 213.1 - 213.7.)

---

**Inchoate Offense:** ☐ Attempt 18 901 A  ☐ Solicitation 18 902 A  ☐ Conspiracy 18 903

**Lead?** ☒

| Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|
| 1 | 3126 | A1 | of the | 18 | 1 | M2 | | |

**PennDOT Data (if applicable):** ☐ Safety Zone  ☐ Work Zone
**Accident Number:**

**Statute Description (include the name of statute or ordinance):**
INDEC ASSLT-W/O CONS OF OTHER

**Acts of the accused:**
INDEC ASSLT-W/O CONS OF OTHER The Actor, T█████ F████, on or about, 07/19/2017, in the County of Butler, who has indecent contact with the complainant or causes the complainant to have indecent contact with the person is guilty of indecent assault if: the person does so without the complainant's consent., that is to say the actor, T█████ F████, in violation of Section 3126 (A) (1) of the Pennsylvania Crimes Code, as amended, 18 Pa.C.S. 3126 (A) (1)

---

**Inchoate Offense:** ☐ Attempt 18 901 A  ☐ Solicitation 18 902 A  ☐ Conspiracy 18 903

**Lead?** ☐

| Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|
| 2 | 2709 | A1 | of the | 18 | 1 | S | | |

**PennDOT Data (if applicable):** ☐ Safety Zone  ☐ Work Zone
**Accident Number:**

**Statute Description (include the name of statute or ordinance):**
HARASSMENT/STRIKE, SHOVE, KICK, ETC.

**Acts of the accused:**
HARASSMENT/STRIKE, SHOVE, KICK, ETC. The Actor, T█████ F████, on or about, 07/19/2017, in the County of Butler, commits the crime of harassment when, with intent to harass, annoy or alarm another, the person: strikes, shoves, kicks or otherwise subjects the other person to physical contact, or attempts or threatens to do the same., that is to say the actor, T█████ F████, in violation of Section 2709 (A) (1) of the Pennsylvania Crimes Code, as amended, 18 Pa.C.S. 2709 (A) (1)

---

**Inchoate Offense:** ☐ Attempt 18 901 A  ☐ Solicitation 18 902 A  ☐ Conspiracy 18 903

**Lead?** ☐

| Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|
| 3 | 2709 | A3 | of the | 18 | 1 | S | | |

**PennDOT Data (if applicable):** ☐ Safety Zone  ☐ Work Zone
**Accident Number:**

**Statute Description (include the name of statute or ordinance):**
HARASSMENT/REPEATEDLY ALARM, ANNOY

**Acts of the accused:**
HARASSMENT/REPEATEDLY ALARM, ANNOY The Actor, T█████ F████, on or about, 07/19/2017, in the County of Butler, commits the crime of harassment when, with intent to harass, annoy or alarm another, the person; engages in a course of conduct or repeatedly commits acts which serve no legitimate purpose., that is to say the actor, T█████ F████, in violation of Section 2709 (A) (3) of the Pennsylvania Crimes Code, as amended, 18 Pa.C.S. 2709 (A) (3)

---

LISA WEILAND LOTZ
CLERK OF COURTS
BUTLER COUNTY
COURT OF COMMON PLEAS
ENTERED AND FILED
NOV -1 PM 2:54

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|
| ☐ Lead? | 4 | 5503 | A4 | of the 18 | 1 | M3 | | |
| | Offense # | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | | ☐ Work Zone | |

Statute Description (Include the name of statute or ordinance):
**DISORDER CONDUCT HAZARDOUS/PHYSI OFF - SUMMARY**

Acts of the accused:
DISORDER CONDUCT HAZARDOUS/PHYSI OFF - SUMMARY The Actor, T███, F███, on or about, 07/19/2017, In the County of Butler, is guilty of disorderly conduct if, with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, he creates a hazardous or physically offensive condition by any act which serves no legitimate purpose of the actor., that is to say the actor, T███ ██ F███, in violation of Section 5503 (A) (4) of the PennsylvaniaCrimes Code, as amended, 18 Pa.C.S. 5503 (A) (4)

LISA WEILAND LOTZ
CLERK OF COURTS
ENTERED AND FILED
2017 NOV -1 PM 2:54
BUTLER COUNTY
COURT OF COMMON PLEAS

## WRITTEN ALLEGATION

| Docket Number | Date Filed 10/08/2017 | OTN/LiveScan Number | Allegation Number |
|---|---|---|---|
| Juvenile Name | First T▓▓▓ | Middle ▓▓▓▓▓▓ | Last F▓▓▓ |

2. ☐ I ask that a warrant of arrest be issued for the above named Juvenile. (An affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

   ☐ I ask that the Juvenile be brought before the Court to answer the charges I have made.

3. I verify that the facts set forth in this allegation are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of section 4904 of the Crimes Code (18 PA C.C. 4904) relating to unsworn falsification to authorities.

4. This allegation is comprised of the preceding page(s) numbered __1__ through __3__.

The acts committed by the Juvenile, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of Assembly, or in violation of the statutes or ordinances of political subdivisions cited.

**KEVIN MICHAEL MIKULAN**
(Name & Title of Affiant)

_____
(Affiant's Signature)

10-8-2017
(Date)

LISA WEILAND LOTZ
CLERK OF COURTS
ENTERED AND FILED
2017 NOV -1 PM 2:54
BUTLER COUNTY
COURT OF COMMON PLEAS

# WRITTEN ALLEGATION

| Docket Number | Date Filed 10/08/2017 | OTN/LiveScan Number | Allegation Number |
|---|---|---|---|
| Juvenile Name | First T███ | Middle M█████ | Last F███ |

## AFFIDAVIT of PROBABLE CAUSE

On 10/4/2017 I attended forensic interview at Butler CAC. Sue Counts conducted interview with AV. AV reporting that on the Wednesday before the Jr. Olympics (date later confirmed with AV's parents as 7/19/17) she was working at the concession stand. The stand was closed and the garage doors were shut. She was sweeping the floor at approx. 1800 hrs. when AP approached and began to fill up his water bottle and she did not think much of it. AP sprayed her shirt with a water bottle. She believes she was wearing a white shirt and shorts. AP stated that she was wet, AV in turn sprayed AP with water. As AV walked past AP smacked her butt. She again did not think much of it but he continued to spray her shirt, stating "you're wet, you're wet." AP then touched her chest area, above her shirt and she pushed his hand away. She backed up to the wall and tried changing the subject so he would get the hint and stop but he did not. He left and she continued her work. AP returned stating "you dried up really fast" and sprayed her again with water. He approached her and put his hands inside her shirt. She pulled his hand away and told him no. She moved away from him hoping he would get the hint but he did not. She walked around the table and AP walked around the table from the other direction and touched her butt. She began cleaning the soda machine and could not get one of the nozzles off. AP assisted with removing the nozzles for the soda machine. AV stated that AP kept stating "when we gonna hang?". AV told him they weren't; he placed his hands beneath her shorts touching her bare buttocks. She moved away from him and he began touching her "vaginal area" above her shorts. He attempted to put his hand inside her shorts, presumably to touch her vagina, but she moved quickly so he could not. He tried putting his hand down the front of her pants and she stated "no, no, no, no." AP at one point stood behind her and placed his arm around her upper chest/neck area and tried putting his hand down her shirt as she kept moving or slapping his hand. He asked AV again when they were going to hang and she stated they weren't, AP then exited to go back to the pool.

I verify that the facts set forth in this affidavit are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of section 4904 of the Crimes Code (18 PA C.C. 4904) relating to unsworn falsification to authorities.

**KEVIN MICHAEL MIKULAN**
Affiant Name

Affiant Signature

Date: 10-8-2017

2017 NOV -1 PM 2:54
LISA WEILAND LOTZ
CLERK OF COURTS
ENTERED AND FILED
BUTLER COUNTY
COURT OF COMMON PLEAS

AOPC J232B - Rev. 02/14    IR# 20171003M0015    Page 1 of 1