| Commonwealth of Pennsylvania | IN THE JUVENILE COURT OF BUTLER COUNTY, PENNSYLVANIA |
|---|---|
| In the Interest Of: | JUVENILE DIVISION |
| ▆▆▆▆▆ F▆▆▆, A Minor<br>Date of Birth: ▆▆▆▆ | DOCKET NO:   CP-10-JV-0000160-2017<br>SID:<br>FID: |



LISA WEILAND LOTZ
CLERK OF COURTS
ENTERED AND FILED
2018 JAN 30 AM 10: 36
BUTLER COUNTY
COURT OF COMMON PLEAS

# CONSENT DECREE ORDER

### Attendance

| Attendee Name | Attendee Role | Attendance Type |
|---|---|---|
| Pugh, Jodi | Probation Officer | In Person |
| F▆▆▆, T▆▆▆ ▆▆▆▆▆ | Juvenile | In Person |
| Flood, Alecia | Mother | In Person |
| Flood, Mickey | Father | In Person |
| Karl, Russell D. | Attorney for Prosecution (Commonwealth of Pennsylvania) | In Person |
| Pawk, Michael J. | Attorney for Juvenile (Flood, Tyler Michael) | In Person |

AND NOW, this 24th day of January, 2018 after conducting a Pre-Adjudication Disposition hearing:

## THE COURT FINDS that:

## AGREEMENT OF THE PARTIES TO CONSENT DECREE

The Commonwealth and the Juvenile agree to the entry of a consent decree.

## JUVENILE'S ADMISSION

The Juvenile has not admitted to any of the offenses alleged in the Petition.

## RULING ON THE OFFENSES

The findings on the offenses set forth in Exhibit A, attached, are incorporated by reference herein.

## IT IS ORDERED that:

## CONSENT DECREE

COMMENCEMENT - A Consent Decree shall be commenced for a period of six months, scheduled to expire on July 24, 2018 under the supervision of the County Juvenile Probation Department. Proceedings are suspended until further notice of this Court.

## ADDITIONAL PROGRAMS AND CONDITIONS

The Juvenile shall be subject to the additional programs and conditions as specified in the attached document entitled "Additional Programs and Conditions" which is incorporated by reference and made a part of this order.

## CONSEQUENCES FOR VIOLATING CONSENT DECREE CONDITIONS

The Juvenile has been advised that the Petition may be reinstated and that the Juvenile may be held accountable as if the consent decree had never been entered if there is a new petition filed against the Juvenile, or the Juvenile fails to fulfill the express terms and conditions of the consent decree.

## NEXT SCHEDULED COURT DATE(S)

CP-10-JV-0000160-2017

In The Interest Of: T███ M████ F███, A Minor

Next Scheduled Court Date: - CD Review Hearing - 07/11/2018 - 10:30AM - Butler County Courthouse - Courtroom 1 - Judge Timothy F. McCune

BY THE COURT:

_____
Judge Timothy F. McCune

LISA WEILAND LOTZ
CLERK OF COURTS
ENTERED AND FILED
2018 JAN 30 AM 10: 36
BUTLER COUNTY
COURT OF COMMON PLEAS

In The Interest Of: T███ ██████ F████, A Minor

## EXHIBIT A

## Delinquent Acts Alleged on the Juvenile Petition

| Seq. No. | Delinquent Act | Statute | Grade | Admission | Finding |
|---|---|---|---|---|---|
| 1 | Indec Asslt-W/O Cons Of Other | 18 § 3126 §§ A1 | M2 | | Consent Decree |
| 2 | Harassment - Subject Other to Physical Contact | 18 § 2709 §§ A1 | S | | Consent Decree |
| 3 | Harassment - Course of Conduct W/No Legitimate Purpose | 18 § 2709 §§ A3 | S | | Consent Decree |
| 4 | Disorder Conduct Hazardous/Physi Off | 18 § 5503 §§ A4 | M3 | | Consent Decree |

LISA WEILAND LOTZ
CLERK OF COURTS
ENTERED AND FILED
2019 JAN 30 AM 10: 36
BUTLER COUNTY
COURT OF COMMON PLEAS

ADDITIONAL PROGRAMS AND CONDITIONS

HEARING DATE: 1-24-18

## Consent Decree

JUVENILE: T███ F███                                       J.D. # 160 of 2017

1). Follow the rules of probation as established by the probation officer.

2). Court Costs in the amount of $61.50 made payable to Butler County Clerk of Courts.

3). Victim Compensation Fund Fee of $25.00 made payable to Butler County Clerk of Courts.

4). Pay a Probation Supervision fee in the amount of $50.00 made payable to the Butler County Clerk of Courts.

5). Parental Liability set at $136.50 with a minimum monthly payment of $25.00 made payable to Butler County Clerk of Courts.

6). Undergo random Drug Screens.

7). Consent Decree Review Hearing to be held July 11, 2018 at 10:30am in Courtroom #1 before the Honorable Judge Timothy McCune

8). Any violations of the rules of probation including a positive drug screen or new allegations of delinquency being filed; could result in the Consent Decree being withdrawn by the District Attorney and the scheduling of a Pre-Adjudication Conference before the Court on the underlying charges

Successful completion of the conditions of the consent decree eliminates the requirement for fingerprinting and photographing.

## ADDITIONAL PROGRAMS AND CONDITIONS

HEARING: 1-24-18

### RECOMMENDATIONS

JUVENILE: T___ F___                                    J.D. # 160 of 2017

The undersigned agree to these terms and conditions:

_____
Minor

_____
Juvenile Probation Officer

_____
District Attorney

_____
Attorney for the Minor

_____
Parent/Guardian, Custodian of the Minor

It is Ordered that the within decree be filed of record. The Clerk of Courts shall mail a copy of this Order of Court to all interested parties, **pursuant to the information provided by** Juvenile Court Services.

_____
By The Court

Page 2