# WRITTEN ALLEGATION
(Multiple Summaries of Offenses)

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF BUTLER**

In the Interest of:

JP# 2017-000133    CP-10-JV-71 of 2018

## Affiant Information
| | |
|---|---|
| Affiant Name | PTLM WAYNE MAGILL |
| Arresting Agency | ZELIENOPLE BOROUGH POLICE |
| Address | 111 WEST NEW CASTLE ST |
| City/State/ZIP | ZELIENOPLE, PA 16063 |
| Telephone: | (724)452-3003 |

| First Name | Middle Name | Last Name | Gen. |
|---|---|---|---|
| [redacted] | [redacted] | F[redacted] | |

Address: 437 E BEAVER ST
City/State/ZIP: ZELIENOPLE, PA 16063
Telephone:

## JUVENILE IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Allegation Number | SID | Request Lab Services? |
|---|---|---|---|---|---|
| | 04/09/2018 | | 201180326M0005 | | ☐ YES  ☒ NO |

| GENDER | DOB | Place of Birth | Add'l. DOB | Co-Conspirator(s) ☐ |
|---|---|---|---|---|
| ☒ Male  ☐ Female | [redacted] | | | |

AKA: First Name / Middle Name / Last Name / Gen.

| RACE | ☒ White | ☐ Asian | ☐ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|
| ETHNICITY | ☐ Hispanic | | ☒ Non-Hispanic | ☐ Unknown | |

**HAIR COLOR**: ☐ GRY (Gray)  ☐ RED (Red/Aubn)  ☐ SDY (Sandy)  ☐ BLU (Blue)  ☐ PLE (Purple)  ☐ BRO (Brown)  ☐ PNK (Pink)  ☐ BLK (Black)  ☐ ONG (Orange)  ☐ WHI (White)  ☒ XXX (Unk./Bald)  ☐ GRN (Green)  ☐ Bln (Blonde / Strawberry)

**EYE COLOR**: ☐ BLK (Black)  ☐ BLU (Blue)  ☐ BRO (Brown)  ☐ GRN (Green)  ☐ GRY (Gray)  ☐ HAZ (Hazel)  ☐ MAR (Maroon)  ☐ PNK (Pink)  ☐ MUL (Multicolored)  ☒ XXX (Unknown)

| Driver License | State | License Number | Expires | WEIGHT (lbs.) |
|---|---|---|---|---|
| | | | | 187 |

| DNA | ☐ YES ☒ NO | DNA Location | | |
|---|---|---|---|---|
| FBI Number | | MNU Number | | Ft. HEIGHT in. |
| Juvenile Fingerprinted | ☐ YES ☒ NO | Fingerprint Classification | | 5   11 |
| Juvenile Photographed | ☐ YES ☒ NO | | | |

## PARENT / GUARDIAN INFORMATION

**Mother**
| | |
|---|---|
| Name | ALECIA FLOOD |
| Address | 437 E BEAVER ST |
| City/State/ZIP | ZELIENOPLE, PA 16063- |
| Phone | (412)417-8091 |
| DOB | |
| ☐ Deceased  ☐ Address Unknown  ☐ Same Address as Juvenile | |

**Father**
| | |
|---|---|
| Name | MICKEY FLOOD |
| Address | 437 E BEAVER ST |
| City/State/ZIP | ZELIENOPLE, PA 16063 |
| Phone | (724)431-7099 |
| DOB | 06/21/1972 |
| ☐ Deceased  ☐ Address Unknown  ☒ Same Address as Juvenile | |

**Guardian or Nearest Adult Relative (if parents/guardian are unknown)**
| | |
|---|---|
| Name | |
| Address | |
| City/State/ZIP | |
| Relationship to Juvenile | |
| Phone | |
| ☐ Deceased  ☐ Address Unknown  ☐ Same Address as Juvenile | |

## ARREST & DETENTION

| Date of Arrest | | Date & Time Admitted to Detention | |
|---|---|---|---|
| Time of Arrest | | Location of Detention Facility | |

## APPROVAL OF THE ATTORNEY FOR THE COMMONWEALTH

Office of the Attorney for the Commonwealth:   ☐ Approved   ☐ Disapproved because:
(The District Attorney may require that the written allegation be approved by an attorney for the Commonwealth prior to submission. See Pa. R.J.C.P. 231)

Name of Attorney for the Commonwealth    Signature of Attorney for the Commonwealth    Date

---

I, **PTLM WAYNE MAGILL**
(Name of the Affiant)

of **ZELIENOPLE BOROUGH POLICE DEPARTMENT**
(Department or Agency Represented and Political Subdivision)

4411/15822
PSP/MPOETC - Assigned Affiant ID Number & Badge #
**PA0100400**
(Police Agency ORI Number)

1. Do hereby represent that it is in the best interest of the juvenile and the public that proceedings be brought, and that the juvenile is in need of treatment, supervision or rehabilitation:

☒ I accuse the above named Juvenile who lives at the address set forth above
☐ I accuse the Juvenile whose name is unknown to me but who is described as
☐ I accuse the Juvenile whose name and popular designation are unknown to me and whom I have therefore designated as John Doe or Jane Doe

has committed a delinquant act by violating the penal laws of the Commonwealth of Pennsylvania at

| 409 | HARMONY BOROUGH - 231 BLUFF ST ZELIENOPLE | in | BUTLER | County |
|---|---|---|---|---|
| (Subdiv. Code) | (Place - Political Subdivision) | | | |

on or about **Friday March 23, 2018 at 2000 hrs.**
(Day, Date and Time)

4-11-18  JV-7

APR 10 2018
RECEIVED

**Exhibit 4**

# WRITTEN ALLEGATION

| Docket Number | Date Filed | OTN/LiveScan Number | Allegation Number |
|---|---|---|---|
|  | 04/09/2018 |  | 201180326M0005 |

| Juvenile Name | First | Middle | Last |
|---|---|---|---|
|  | [redacted] | [redacted] | [redacted] |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.
(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits 204 PA §§ 213.1 - 213.7.)

---

**Inchoate Offense:** ☐ Attempt 18 901 A   ☐ Solicitation 18 902 A   ☐ Conspiracy 18 903   **Number of Victims Age 60 or Older** 0

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | 3126 | A2 | of the | 18 | 1 | M1 |  |  |

**PennDOT Data (if applicable):**   **Accident Number:**   ☐ Safety Zone   ☐ Work Zone

**Statute Description:** IND ASSLT FORCIBLE COMPULSION

**Acts of the accused:**
IND ASSLT FORCIBLE COMPULSION The Actor, T[redacted] F[redacted], on or about, March 23, 2018, in the County of Butler, who has indecent contact with the complainant or causes the complainant to have indecent contact with the person is guilty of indecent assault if: the person does so by forcible compulsion., that is to say the actor, forced the complainant's hand inside of his shorts causing her to touch his genital area, in violation of Section 3126 (A) (2) of the PennsylvaniaCrimes Code, as amended, 18 Pa.C.S. 3126 (A) (2) M1

---

**Inchoate Offense:** ☐ Attempt 18 901 A   ☐ Solicitation 18 902 A   ☐ Conspiracy 18 903   **Number of Victims Age 60 or Older** 0

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 2 | 3503 | A1I | of the | 18 | 1 | F3 |  |  |

**PennDOT Data (if applicable):**   **Accident Number:**   ☐ Safety Zone   ☐ Work Zone

**Statute Description:** CRIM TRES-ENTER STRUCTURE

**Acts of the accused:**
CRIM TRES-ENTER STRUCTURE The Actor, T[redacted] F[redacted], on or about, March 23 2018, in the County of Butler, commits an offense if, knowing that he is not licensed or privileged to do so, he: enters, gains entry by subterfuge or surreptitiously remains in any building or occupied structure or separately secured or occupied portion thereof., that is to say the actor, entered the complainant's residence with out invitation and refused to leave when asked to do so, in violation of Section 3503 (A) (1) of the PennsylvaniaCrimes Code, as amended, 18 Pa.C.S. 3503 (A) (1) F3

---

**Inchoate Offense:** ☐ Attempt 18 901 A   ☐ Solicitation 18 902 A   ☐ Conspiracy 18 903   **Number of Victims Age 60 or Older** 0

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 2701 | A1 | of the | 18 | 1 | M2 |  |  |

**PennDOT Data (if applicable):**   **Accident Number:**   ☐ Safety Zone   ☐ Work Zone

**Statute Description:** SIMPLE ASSAULT - ATTEMPT

**Acts of the accused:**
SIMPLE ASSAULT The Actor, T[redacted] F[redacted], on or about, March 23, 2018, in the County of Butler, attempted to cause or intentionally, knowingly or recklessly caused bodily injury to, the complainant, that is to say the actor, struck the victim twice with a phone charger cord leaving a red line type welt or injury on the stomach and thigh area, and shoved the complainant twice causing her to hit her head. in violation of Section 2701(a)(1) of the Pennsylvania Crimes Code, Act of December 6, 1972, as amended, Pa. C.S. 2701(a)(1) M2

---

# WRITTEN ALLEGATION

| Docket Number | Date Filed<br>04/09/2018 | OTN/LiveScan Number | Allegation Number<br>201180326M0005 |
|---|---|---|---|

| Juvenile Name | First<br>T███ | Middle<br>█████ | Last<br>F███ |
|---|---|---|---|

2. ☐ I ask that a warrant of arrest be issued for the above named Juvenile. **(An affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

   ☐ I ask that the Juvenile be brought before the Court to answer the charges I have made.

3. I verify that the facts set forth in this allegation are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of section 4904 of the Crimes Code (18 PA C.C. 4904) relating to unsworn falsification to authorities.

4. This allegation is comprised of the preceding page(s) numbered __1__ through __2__.

The acts committed by the Juvenile, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of Assembly, or in violation of the statutes or ordinances of political subdivisions cited.

**PTLM WAYNE MAGILL**
(Name & Title of Affiant)

Ptlm. Wayne Magill M015822     4/9/18
(Affiant's Signature)     (Date)

LISA WEILAND LOTZ
CLERK OF COURTS
ENTERED AND FILED
2018 APR 10 PM 4:26
BUTLER COUNTY
COURT OF COMMON PLEAS

AOPC J232B - Rev. 7/17     IR# 20180326M0005     Page 3 of 3

# WRITTEN ALLEGATION

| Docket Number | Date Filed 04/09/2018 | OTN/LiveScan Number | Allegation Number 201180326M0005 |
|---|---|---|---|
| Juvenile Name | First T███ | Middle ███ | Last F███ |

## AFFIDAVIT of PROBABLE CAUSE

On March 26, 2018 I received information from Ofc. Hunter Ryan a Jackson Township Police Officer and Seneca Valley Resource Officer, that a female juvenile had reported an incident that occurred on Friday March 23, 2018 at her residence to the Guidance Counselor's Office. Due to the information provided by Ofc. Ryan, I notified the Butler County Alliance for Children and interviews were scheduled at their facility.

On March 30, 2018 I responded to the Butler County CAC where Forensic Interviewer Joshua Strelbicki conducted an interview with the AV. The AV reports she had 2 female friends at her residence, with her parents permission, while they were out for the evening. At approximately 8pm to 8:30pm the front door opened and the AP enters the entry hallway inside the residence. The AV approaches the AP and tells him he needs to leave because her parents were not home and she is not permitted to have any boy's over. The AP took off his shoes and said he was not leaving. AV said she is not aware of anyone that invited the AP to the residence. At about 8:45 pm the AV went into the kitchen, and the 2 females Witness 1 E.S and Witness 2 H.R went up stairs. The AP was in the kitchen with the AV, when the AP grabbed hold of her left arm and put his arm around the AV and pulls the AV back against him. AV tells him no, and begins to slap and kick the AP. AP then grabbed hold of the AV's arm and pushed her hand down the front and inside his black gym shorts. AV said her hand first was on his stomach area then pushed further to the area of the upper thigh and hip and lastly actually on his penis. At this time W2 H.R (who was interviewed at the Butler County CAC on April 5, 2018) had came down stairs and saw the AP and AV in the kitchen. W2 H.R said she saw the AP holding the AV close and he had the AV's wrist and had the AV's hand down his pants. When the AP saw W2 H.R he quickly pulled the AV's hand out of his pants.

The AV and W2 H.R went up to the bedroom and were followed by the AP. Once in the bedroom the AV said the AP had a phone charger cord. The AP struck the AV with the charger cord on the thigh and stomach area, leaving a red mark of welt, (which was later photographed by the AV). When the AP had struck the AV with the cord he said "oohh I bet that hurt". W1 E.S and W2 H.R left the bedroom. The AV said the AP then pushed her twice causing her to hit her head on the wall and pulled her hair back.

AV ran downstairs and grabbed her phone and told the AP you need to leave or I'm calling the police.

I verify that the facts set forth in this affidavit are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of section 4904 of the Crimes Code (18 PA C.C. 4904) relating to unsworn falsification to authorities.

**PTLM WAYNE MAGILL**
Affiant Name

Affiant Signature