Commonwealth of Pennsylvania

In the Interest Of:

F███, T███████

Date of Birth: ███████

IN THE COURT OF COMMON PLEAS OF Butler COUNTY, PENNSYLVANIA

JUVENILE DIVISION

DOCKET NO: CP-10-JV-0000071-2018



## PETITION ALLEGING DELINQUENCY

### IN THE INTEREST OF:

| Name: F███ T███████ | Age: ██ | DOB: ███████ | Sex: Male |
|---|---|---|---|
| Address: 437 E Beaver St | | | |
| City: Zelienople | State: PA | ZIP: 16063 | |

Description of the Juvenile (if name, DOB and address unknown):

### PETITIONER

| Name: Butler County Juvenile Probation | Title: | Address: 124 W Diamond St Butler, PA 16001 |
|---|---|---|

### CASE INFORMATION

**FINGERPRINTING AND PHOTOGRAPHING**
The Juvenile ☐ has ☒ has not been fingerprinted.
The Juvenile ☐ has ☒ has not been photographed.

**CRIMINAL LABORATORY SERVICES**
Criminal laboratory services ☐ are ☒ are not requested in this case.

**LIMITED PUBLIC INFORMATION**
This case ☐ is ☒ is not eligible for limited public information pursuant to 42 Pa.C.S. §6307(b)(1)(ii).

### CUSTODY AND WHEREABOUTS OF THE JUVENILE

☒ The Juvenile was taken into custody on
Date: 4/10/2018   Time: 1:00 pm
Current whereabouts of the Juvenile: Keystone Education Center

☐ The Juvenile was not taken into custody.

### NAMES AND AGES OF CONSPIRATORS

| NAME | AGE | NAME | AGE | NAME | AGE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

### JUVENILE'S PARENTS, GUARDIAN AND/OR CUSTODIANS

| NAME | ADDRESS | PHONE | ROLE |
|---|---|---|---|
| Flood, Alecia | 437 E Beaver St, Zelienople, PA, 16063 | 4124178091 | Mother |
| Flood, Mickey | 437 E Beaver St, Zelienople, PA, 16063 | 7244317099 | Father |
| | | | |

AOPC J330 - 8/16/17

Exhibit 5

Petition Alleging Delinquency, Page 1 of 3

To the Honorable Judge of said Court:

The Petitioner respectfully represents that the above captioned Juvenile is a DELINQUENT CHILD and is in need of treatment, supervision or rehabilitation, as defined by The Juvenile Act at 42 Pa.C.S.§ 6302, and that it is within the jurisdiction of the Court and in the best interests of said Juvenile and the public that this proceeding be brought before the Court.

The Petitioner further represents that in the County of ____Butler____, the Juvenile committed the following acts:

| Inchoate Offense | Attempt 18 §901(A) | Solicitation 18 §902(A) | Conspiracy 18 §903 | Permitting (Title 75 Only) 75 §1575(A) | Number of Victims Age 60 or older | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offense # | Lead | Date of Offense - On or about: | through (if applicable): | Title | Section | Subsection | Grade | Counts |
| 1 | ☐ | 3/23/2018 | 3/23/2018 | 18 | 3126 | A2 | M1 | 1 |
| Description: Indecent Assault Forcible Compulsion | | | | | | | | |
| Acts of the accused associated with this offense: | | | | | | | | |
| The actor, had indecent contact with a complainant, caused the complainant to have indecent contact with the actor by forcible compulsion. | | | | | | | | |

☐ The Juvenile was convicted of this summary offense and has failed to comply with the sentence imposed.

| Inchoate Offense | Attempt 18 §901(A) | Solicitation 18 §902(A) | Conspiracy 18 §903 | Permitting (Title 75 Only) 75 §1575(A) | Number of Victims Age 60 or older | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offense # | Lead | Date of Offense - On or about: | through (if applicable): | Title | Section | Subsection | Grade | Counts |
| 2 | ☑ | 3/23/2018 | 3/23/2018 | 18 | 3503 | A1I | F3 | 1 |
| Description: Crim Tres-Enter Structure | | | | | | | | |
| Acts of the accused associated with this offense: | | | | | | | | |
| The actor, knowing that he was not licensed or privileged to do so, entered, gained entry by subterfuge, or surreptitiously remained in a building or occupied structure or separately secured or occupied portion thereof. | | | | | | | | |

☐ The Juvenile was convicted of this summary offense and has failed to comply with the sentence imposed.

LISA WFILAND LOTZ CLERK OF COURTS BUTLER COUNTY COURT OF COMMON PLEAS 2018 APR 10 PM 4:26 FILED

| Inchoate Offense | ☐ Attempt 18 §901(A) | ☐ Solicitation 18 §902(A) | ☐ Conspiracy 18 §903 | ☐ Permitting (Title 75 Only) 75 §1575(A) | Number of Victims Age 60 or older |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Offense # | Lead | Date of Offense - On or about: | through (if applicable): | Title | Section | Subsection | Grade | Counts |
| 3 | ☐ | 3/23/2018 | 3/23/2018 | 18 | 2701 | A1 | M2 | 1 |
| Description: | Simple Assault | | | | | | | |

Acts of the accused associated with this offense:
The actor, attempted to cause, or intentionally, knowingly, or recklessly caused, bodily injury to another.

[Stamp: LISA WELLAND LOTZ CLERK OF COURTS ENTERED / FILED 2018 APR 10 PM 4:26 BUTLER COUNTY COURT OF COMMON PLEAS]

☐ The Juvenile was convicted of this summary offense and has failed to comply with the sentence imposed.

☐ Additional delinquent acts are alleged on attached pages, which are incorporated herein by reference.

All of which are against the peace and dignity of the Commonwealth of Pennsylvania, or in violation of an ordinance of a political subdivision.

Wherefore, your petitioner asks the Court to fix a hearing to inquire into the matters alleged concerning the above named Juvenile and to make such order as deemed appropriate.

Further, if the Juvenile is found to be delinquent and is to enter placement or commitment, or otherwise be removed from the Juvenile's home at disposition, the petitioner asks the Court to enter such order of disposition, to determine that to allow the Juvenile to remain in the home would be contrary to the welfare of the Juvenile; to determine whether reasonable efforts were made to prevent such removal of the Juvenile from the Juvenile's home; or if preventive services were not offered due to the emergency nature of the situation, safety considerations, and circumstances of the family, whether this level of effort was reasonable.

If the Court determines, pursuant to 42 Pa.C.S. § 6332, that reasonable efforts were not made to prevent the initial removal of the Juvenile from the Juvenile's home, your petitioner asks the Court to determine, prior to entering an order of disposition under 42 Pa.C.S. § 6351, whether additional information is now available that would allow for a finding that such efforts were reasonable or whether reasonable efforts are underway to make it possible for the Juvenile to return home.

The Petitioner verifies and acknowledges that the facts set forth in the petition are true and correct to the petitioner's personal knowledge, information, or belief, and that any false statements are subject to the penalties of the Crimes Code, 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

/s/ Stover, Susan
PETITIONER SIGNATURE

4/10/2018
DATE