Commonwealth of Pennsylvania

In the Interest Of:

T█████ F████, A Minor
Date of Birth: █████████

IN THE JUVENILE COURT OF BUTLER COUNTY, PENNSYLVANIA

JUVENILE DIVISION

DOCKET NO:      CP-10-JV-0000160-2017
SID:
FID:

# RECOMMENDATION - PRE-ADJUDICATORY DETENTION/SHELTER CARE HEARING ORDER

## Attendance

| Attendee Name | Attendee Role | Attendance Type |
|---|---|---|
| F███, T█████ | Juvenile | Video Conference |
| Flood, Alecia | Mother | In Person |
| Flood, Mickey | Father | In Person |
| Karl, Russell D. | Attorney for Prosecution (Commonwealth of Pennsylvania) | In Person |

Additional Attendees: Attorney Black appeared in person for the Juvenile.

AND NOW, this 11th day of April, 2018 after a detention hearing/shelter care hearing:

## CURRENT DETENTION/SHELTER CARE

The Juvenile is currently detained in Keystone Education Center. Specify Date and Time of Admission: April 10, 2018 at 1:00PM.

## THE COURT FINDS that:

### PROBABLE CAUSE FINDING

PROBABLE CAUSE EXISTS - probable cause exists that the Juvenile committed the following delinquent act(s): The Juvenile is currently placed on a Consent Decree and new allegations were received for Indecent Assault, Criminal Trespass and Simple Assault.

### WHETHER SHELTER CARE IS REQUIRED

SHELTER CARE REQUIRED - the continued placement of the Juvenile in shelter care is required.

### JUVENILE TO BE REMOVED FROM THE HOME

It is contrary to the welfare of the Juvenile to remain in the home of Mickey and Alicia Flood.

### REASONABLE EFFORTS TO PREVENT REMOVAL

REASONABLE EFFORTS MADE - reasonable efforts were made to prevent removal of the Juvenile from the home.

## IT IS ORDERED that:

### SECURE DETENTION OR SHELTER CARE

The Juvenile shall be placed in shelter care at Keystone Education Center.

### CARE AND RESPONSIBILITY

The Juvenile shall be under the care and responsibility of: Butler County Juvenile Court Services.

CPCMS 3801

**Exhibit 6**

1

Printed: 04/19/2018  3:24:26PM

DELINQUENT

CP-10-JV-0000160-2017

In The Interest Of: T███████ F███, A Minor

## FURTHER ORDERS

It is Further Ordered that: The Juvenile shall be subject to the Additional Programs and Conditions as specified in the attached document entitled "Additional Programs and Conditions" which is incorporated by reference and made part of this Order.

## NEXT SCHEDULED COURT DATE(S)

Next Scheduled Court Date: - Consent Decree Review - 04/18/2018 - 2:30PM - Butler County Courthouse - Courtroom 1 - Judge Timothy F. McCune

RECOMMENDED:

_____
Juvenile Court Hearing Officer Cori Dunn

This Hearing Officer's recommendation is not final until confirmed by the Court below.  A party may challenge the Hearing Officer's recommendation by filing a motion with the clerk of courts within three (3) days of receipt of the recommendation.

### ORDER

AND NOW, this _____ day of _____, 2018 _____, after consideration this court finds the recommendation by the Hearing Officer is in the best interest of the child and is hereby adopted and ordered.

BY THE COURT:

_____
Judge

2018 APR 24  PM 2: 50
BUTLER COUNTY
COURT OF COMMON PLEAS

LISA W. LANDLOTZ
CLERK OF COURTS
ENTERED AND FILED

## ADDITIONAL PROGRAMS AND CONDITIONS

**DETENTION DATE:  April 10, 2018**
**HEARING DATE: April 11, 2018**

### RECOMMENDATIONS

JUVENILE: T█████████ F████

J.V.  #160 of 2017
#        of 2018

Juvenile Court Services respectfully makes the following recommendations on behalf of the above named juvenile:

T███ continue to be detained at Keystone Education Center in shelter care and in the custody of Butler County Juvenile Court Services.

This is the least restrictive placement that is consistent with the protection of the public and best suited to the juvenile's treatment, supervision and welfare in that this juvenile is a danger to others in that he has two pending sexual assault cases.

A 10-day adjudication/consent decree revocation hearing is to be scheduled for April 18, 2018, at 2:30 p.m. before Judge Tim McCune in Courtroom One, Butler County Courthouse.

_X_   Reasonable efforts were made to prevent or eliminate the need for removal of the Juvenile from the home.

OR

___   Services were not offered in an effort to prevent the removal of this child from his home, this level of effort was reasonable due to the emergency nature of the situation, safety considerations and circumstances of the family.

There are no concerns or issues regarding the juvenile's education, health or other disabilities.

Case is eligible pursuant to 42PA.C.S. §6307(b)(1)(i) for limited public information.  (Felony only)

Without preventative services, the child is at IMMINENT RISK of removal from his or her home and absent effective preventative services, foster care*is the planned placement for the child. *(Foster Care can be defined as Foster Home, Group Home, Shelter, Residential Facility, R.T.F., Child-Care Institution)

Respectfully submitted,

Michael S. Trego
Probation Officer

Approved by,

Chad Toland
Supervisor

5