Commonwealth of Pennsylvania

In the Interest Of:

■■■ Michael ■■■■ A Minor
Date of Birth: ■■■■■■

IN THE JUVENILE COURT OF BUTLER COUNTY, PENNSYLVANIA

JUVENILE DIVISION

DOCKET NO:   CP-10-JV-0000160-2017
SID:
FID:

# PRE-ADJUDICATORY DETENTION/SHELTER CARE HEARING ORDER

## Attendance

| Attendee Name | Attendee Role | Attendance Type |
|---|---|---|
| Trego, Michael | Probation Officer | In Person |
| F■■■, T■■■■■ | Juvenile | In Person |
| Flood, Alecia | Mother | In Person |
| Flood, Mickey | Father | In Person |
| Karl, Russell D. | Attorney for Prosecution (Commonwealth of Pennsylvania) | In Person |

Additional Attendees: Attorney Pawk

AND NOW, this 18th day of April, 2018 after a detention hearing/shelter care hearing:

## CURRENT DETENTION/SHELTER CARE

The Juvenile is currently detained in Keystone Education Center as of April 10, 2018

## IT IS ORDERED that:

## SECURE DETENTION OR SHELTER CARE

The Juvenile, currently being held in shelter care at Keystone Education Center, shall be released from this facility.

## CONDITIONS OF RELEASE

The Juvenile shall be subject to the following conditions of release:  No contact with the victim or victim's family. Homebound schooling as set up by parents and the Seneca Valley School District.   Pre-Adjudicatory supervision.

The Juvenile shall be subject to electronic monitoring.

## CARE AND RESPONSIBILITY

The Juvenile shall be under the care and responsibility of: The Juvenile is released to his parents this date.

## NEXT SCHEDULED COURT DATE(S)

Next Scheduled Court Date: - CD Review Hearing - 06/21/2018 -  2:30PM - Butler County Courthouse - Courtroom 7 - Judge Timothy F. McCune





Exhibit 7

CPCMS 3801   1   DELINQUENT   Printed: 04/23/2018 11:52:22AM

CP-10-JV-0000160-2017

In The Interest Of: T███ ███████ F████, A Minor

BY THE COURT:

_____
Judge Timothy F. McCune

LISA WEILAND LOTZ
CLERK OF COURTS
ENTERED AND FILED
2018 APR 24  PM 2: 51
BUTLER COUNTY
COURT OF COMMON PLEAS