Date of Statement April 15, 2018
Statement of A▇ K▇

1. A▇ K▇ is a sophomore at Seneca Valley Intermediate High School.
2. A▇ is friends with C▇ S▇, E▇ S▇ and H▇ R▇.
3. On 3/22/18 C▇ S▇ texted A▇ to come to her house on March 23 any time after 5:00 p.m.
4. On 3/23/18 at 8:07 p.m. C▇ S▇ sent A▇ a message through Instagram "So im guessing u can't come over."
5. A▇ did not go the Seaman residence on 3/23/18.
6. A▇ went to the home of E▇ S▇ on 3/30/18 at approximately 12:00 p.m. On that date, and in the presence of A▇, E▇ talked to H▇ R▇ and C▇ S▇ for the purpose of discussing their respective stories regarding events at the Seaman residence on 3/23/18. A▇ heard E▇ discuss with H▇ on the telephone and with C▇ on facetime the order of events and a not to include in their respective stories the Snapchats and the alcohol that was consumed by the girls.
7. H▇ R▇ admitted to A▇ that it was H▇ that invited T▇ F▇ to the Seaman residence on 3/23/18 using the telephone and Snapchat account of C▇ S▇.
8. A▇ provided this statement in the presence of her mother and father, Matt and Jennifer Kaufman.

_____
A▇ K▇

Witness:
_____
By: Kaufman

**Exhibit 8**