Date of Statement April 15, 2018
Statement of M█████ M█████

1. M█████ M█████ is a freshman at Seneca Valley Intermediate High School.

2. M█████ is an acquaintance of E██ S█████, H█████ R███ and C███ S█████.

3. M█████ lives next to T███ F█████.

4. During the first week of April, M█████ was in the girl's restroom at school with a number of girls including E██ S█████. M█████ heard E██ S█████ state that G██ S█████ exaggerated her story about the events of 3/23/18 and stated how could C███ S█████ remember because she was passed out drunk.

5. M█████ believes there was a live stream on Instagram on which both E██ S█████ and H█████ R███ stated that C███ S█████ exaggerated and made things about the events of 3/23/18.

6. M█████ made this statement in the presence of her father Mark Milone.

_____
M█████ M█████.

Witness:

_Mark Milone_
By:

**Exhibit 9**