Date of Statement: Monday, May 14, 2018

Statement of C▮▮▮ H▮▮▮

1. C▮▮▮ is a sophomore at Seneca Valley High School.

2. He was at a friend's house (P▮ J▮▮▮) in Cranberry Township with 10 or so other people on April 21, 2018.

3. E▮ S▮▮▮ was also there.

4. C▮▮▮ had never seen E▮ S▮▮▮ outside of school and had never spoken to her before a brief conversation with her on April 21, 2018.

5. On April 21, 2018, C▮▮▮ heard E▮ S▮▮▮ say that C▮ S▮▮▮ lied about T▮▮ F▮▮ touching her.

6. C▮▮▮ asked her what she knew about T▮ and C▮ and she repeated that C▮ S▮▮ lied about "everything" about T▮ F▮▮. E▮ S▮▮ stated this while C▮▮▮ openly recorded her on a Snapchat video.

7. C▮▮▮ saved the video on his phone. The video has the date of April 21, 2018 and the time of 11:02 pm.

8. This statement was made in the presence of C▮▮▮'s mother Colleen Hayes.

_____
C▮▮▮ H▮▮▮

Witness:
_____
By: Colleen Hayes

**Exhibit 10**