I, ███████████, am providing this written statement after being interviewed by Raymond J. Melder, a licensed private investigator and in the presence of my Mother, Lynn Reina. I have been given the opportunity to discuss this matter with __my parents__ and I freely and voluntarily provide this statement knowing it will be utilized in the case of Commonwealth VS. T█ F███. I have also been told that Raymond Melder is an investigator for Attorney Michael Pawk and T█ F███.

On Friday March 23 I attended school. I came home at 3:00, I recived a text from C███ asking to come over and hangout. C███'s mom come and picked me up. C███ and E███ were in the veicle. We picked up pizza and went to C███'s. C███'s mom stay 10 min then left. Everyone was sitting around on our phones eating pizza then we went to go straighten my hair. Then we went back down stairs and sat on the couch in the liv[ing] room. C███ and E███ went and grabed [al]chohol drinks from the downstairs. One bott[le] was a tall bottle with an orange beverage i[n]. C███ told E███ not to drink to much [be]cause her mom would find out. C███ [dr]ank a lot more achohol then E███ she [on]ly had half of one and C███ had several.

Exhibit 11

While drinking in the living room C▮ was texting J▮ to come over. C▮ told E▮ and I that J▮ couldn't come over. C▮ sent and received texts messages at this time. E▮ took C▮'s phone because she wanted to text her boyfriend because her phone was shut off. E▮ and I are sitting on the living room couch at this time. E▮ sees a snapchat on C▮'s phone from T▮ and clicks on it and it says "Ya I'll be there in a couple minutes". This is a notification on top of the screen E▮ and I saw. C▮ then told E▮ to give her back her phone. Me, C▮ and E▮ remained sitting in the living room and about 10-20 minutes T▮ appeard at the door, the main door was open and the screen/glass door was shut. T▮ came in took off his shoes and played with C▮'s dog. T▮ did not talk alot and did not drink. C▮ appeared to begin to be antoxicated before he arrived but got worse and worse as he was there.

The whole situation became kinda awkward when everyone was just sitting there. We stayed in the living room having small conversations. E▓▓ and ▓ went upstairs. less then a minute before I went back down stairs and went to see what C▓▓ and ▓▓▓ were doing. C▓▓ was wearing her black cheer shorts I see t▓▓ and c▓▓ in the kitchen hallway. C▓▓ is leaning up against t▓▓ no one was leaning against anything just standing there. I saw c▓▓'s hand in t▓▓'s pants. I dont belive t▓▓ had his hands or arm around c▓▓. It looked that c▓▓ was all over t▓▓ because she was up against him. C▓▓ gave no apperance that she didnt like it or was uncomfortable. When t▓▓ and c▓▓ both noticed me the both jumped and moved away from eachother. Then me and c▓▓ went to c▓▓'s bed room t▓▓ was up against the wall on the bed E▓▓ was laying straight out on the bed I was at the end of the bed and t▓▓ was on c▓▓'s chair.

T▮ was playfully swinging his phone cord and accidently hit me with it. Then T▮ hit C▮ with it in the leg and stomach and C▮ didn't say anything to him to stop. So he just stopped. E▮ was sitting up against the wall just sitting on her phone and E▮ and I were minding our own buisness and we were vaping. C▮ was still acting antoxicated at this time. T▮ left after E▮ told him C▮'s parents were on there way home and T▮ said "Ya my mom should be home soon to". After T▮ left C▮ seemed to become sober right when he left. E▮ and I were in the bedroom the whole time and did not see or hear T▮ slame her head off a wall. C▮ has said she felt awkward with him before because of bus issues. After this incident C▮ has been adding to the story that isnt true. like T▮ hiting her head off a wall. C▮ told me not to tell the school about the acnohol. 1/1▮ R▮