IN THE COURT OF COMMON PLEAS

BUTLER COUNTY, PENNSYLVANIA

IN THE INTEREST OF　　　　　　　　:　JUVENILE DIVISION

T▉▉▉ ▉▉▉▉▉, F▉▉▉　　　　　　　　:　NO. 71 OF 2018

　　　　　　　　　　　　　　　　　　　　:

ORDER OF COURT

AND NOW, this 30th day of August, 2018, on motion of the Commonwealth, the above-captioned matter is withdrawn.

BY THE COURT,

_____ J.
TIMOTHY F. McCUNE, JUDGE

ech

**Exhibit 12**