IN THE COURT OF COMMON PLEAS

BUTLER COUNTY, PENNSYLVANIA

IN THE INTEREST OF                  :   JUVENILE DIVISION

T████ M██████ F████               :   NO. 160 OF ~~2018~~ 2017

                                    :

ORDER OF COURT

AND NOW, this 30th day of August, 2018, on oral motion of the Commonwealth, the above-captioned matter being resolved by consent decree, the Commonwealth is going to close the case as of today.

BY THE COURT,

_____ J.
TIMOTHY F. McCUNE, JUDGE

ech

**Exhibit 13**