Commonwealth of Pennsylvania

In the Interest Of:

 A Minor
Date of Birth:

IN THE JUVENILE COURT OF BUTLER COUNTY, PENNSYLVANIA

JUVENILE DIVISION

DOCKET NO:   CP-10-JV-0000160-2017
SID:
FID:

# CONSENT DECREE REVIEW ORDER

AND NOW, this 10th day of September, 2018:

**THE COURT FINDS that:**

**JUVENILE'S COMPLIANCE WITH TERMS AND CONDITIONS**

SATISFIED TERMS AND CONDITIONS - The Juvenile has completed the term of supervision and has satisfied the terms and conditions of the consent decree.

**FURTHER FINDINGS**

The Court further finds that the Consent Decree Review Hearing currently scheduled for Thursday, September 20, 2018, at 2:00 p.m. before the Honorable Judge Timothy F. McCune is hereby canceled.

**IT IS ORDERED that:**

**CONSENT DECREE**

COMPLETION OF PROGRAM - The Juvenile is RELEASED from further supervision by this Court, and this case shall be marked CLOSED.

BY THE COURT:

_____
Judge Timothy F. McCune

*[Filing stamp: LISA WELAND LOTZ, CLERK OF COURTS, ENTERED AND FILED, 2018 SEP 10 PM 3:31, BUTLER COUNTY COURT OF COMMON PLEAS]*

**DELINQUENT**

CPCMS 3801                    1        Exhibit 14        Printed: 09/10/2018 9:45:28AM