s:  sms/salancy/motion to strike/11-19-18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FLOOD, JR. and ALECIA FLOOD, individually and as Parents and Natural Guardians of T.F., a minor, | : Civil Action No.:  2:18-cv-1310 |
| Plaintiffs | : |
| vs. | : |
| GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R.,  a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT   ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA, | : |
| Defendants. | : |

### MOTION OF DEFENDANTS CRIS AND KIMBERLY SALANCY AND THEIR DAUGHTER, E.S., TO STRIKE SCANDALOUS AND IMPERTINENT MATTER PURSUANT TO FED.R.CIV.P. 12(f)

Defendants Cris and Kimberly Salancy, and their daughter, E.S., ("Moving Defendants") through their undersigned counsel, respectfully submit the following

s:  sms/salancy/motion to strike/11-19-18

Motion to Strike Scandalous and Impertinent Matter pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, stating the following:

1. Plaintiffs commenced this civil action on October 1, 2018, asserting ten Counts against five teenage girls or their ten parents and two Counts against the Seneca Valley School District, the Butler County District Attorney office, and/or Butler County.

2. The claims against the Moving Defendants (and the other four teenage girls and their parents) arise out of two instances in which plaintiff T.F. was accused of committing sexual assault, the first of such incidents occurring in July of 2017 at the Zelienople Pool and the second such incident occurring March of 2018 at the home of defendants David and Christine Seaman and their daughter (defendant C.S.).

3. Plaintiffs assert that reports made to authorities regarding these alleged sexual assaults were false; that the five teenage defendants conspired to make these false reports; and that the parents of those teenagers negligently failed to stop their children from making false reports.

4. At the outset of the Complaint, plaintiffs give the name "mean girls" to the five teenage defendants, two of whom were involved in the reporting of the July, 2017 incident, and three of whom were involved in the reporting of the March 2018 incident, and plaintiffs continue to use that term throughout the Complaint to periodically refer to those teenage defendants.  (See, *e.g.*, ¶¶1, 27, 34 and 35)

5. *Mean Girls* is a popular teenage movie about four insecure and shallow high school girls who will do virtually anything to achieve "popularity", which they erroneously believe will bring them happiness and success.

s: sms/salancy/motion to strike/11-19-18

6. The phrase "mean girls" has already been seized upon by the media, including the Butler Eagle and the Tribune Review, which have quoted this insulting moniker in referring to the five teenage defendants. (One such article in the "Trib Live" was entitled "Lawsuit accuses Seneca Valley 'mean girls' of targeting boy with false allegations, and a related editorial was entitled "Mean girls victimize us all.")

7. Calling the minor defendants in this case "mean girls" is gratuitously insulting, immaterial, impertinent and scandalous and detracts from the dignity of this Court.

WHEREFORE, Moving Defendants Cris and Kimberly Salancy, and their daughter, E.S., respectfully request that this Honorable Court enter the attached Order directing that the phrase "mean girls" be stricken from the Complaint.

Respectfully Submitted,

CIPRIANI & WERNER, P.C.

| | |
|---|---|
| *s/Jennifer M. Swistak* | *s/S. Michael Streib* |
| Jennifer M. Swistak, Esquire | S. Michael Streib, Esquire |
| Pa. I.D. No. 75959 | Pa. I.D. No. 30376 |
| 650 Washington Road, Suite 700 | 300 Oxford Drive, Suite 75 |
| Pittsburgh, PA  15228 | Monroeville, PA  15146 |
| (412) 563-2500 | (412) 566-1090 |
| jswistak@c-wlaw.com | smstreiblawfirm@hmbn.com |

Counsel for Defendants
Cris Salancy, Kimberly Salancy
and E.S., a minor

3