s:  sms/salancy/certificate of compliance - strike/11-29-18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FLOOD, JR. and ALECIA FLOOD, individually and as Parents and Natural Guardians of T.F., a minor, | : Civil Action No.: 2:18-cv-1310 |
| Plaintiffs | : |
| vs. | : |
| GEORGE VILLEGAS, JR., *et al.*, | : |
| Defendants. | : |

## CERTIFICATE OF COMPLIANCE

Counsel for Moving Defendants hereby certifies that prior to filing this Motion, he has conferred in good faith with counsel for plaintiffs and counsel for the other parties regarding their position as to the relief sought.  Counsel for Moving Defendants and counsel for plaintiffs were unable to reach agreement.

    Respectfully Submitted,

    *s/S. Michael Streib*
    S. Michael Streib, Esquire
    Pa. I.D. No. 30376
    300 Oxford Drive, Suite 75
    Monroeville, PA  15146
    (412) 566-1090
    smstreiblawfirm@hmbn.com

    Counsel for Defendants
    Cris Salancy, Kimberly Salancy
    and E.S., a minor