s:  sms/salancy/order – strike/11-29-18

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FLOOD, JR. and ALECIA FLOOD, individually and as Parents and Natural Guardians of T.F., a minor, | : Civil Action No.: 2:18-cv-1310 :  : : |
| Plaintiffs | : : |
| vs. | : : |
| GEORGE VILLEGAS, JR., *et al.*, | : : |
| Defendants. | : |

## **[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2018, upon consideration of the Motion to Strike Scandalous and Impertinent Matter submitted by Moving Defendants Cris and Kimberly Salancy and their daughter, E.S., it is hereby ORDERED that said motion is GRANTED.  All references in the Complaint to the "mean girls" are hereby ordered stricken pursuant to Fed.R.Civ.P. 12(f).

BY THE COURT:

_____J.