IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FLOOD, JR. and ALECIA FLOOD, individually and as Parents and Natural Guardians of T.F., a minor, | : Civil Action No.: 2:18-cv-1310 : : : |
| Plaintiffs | : Honorable Mark R. Hornak, J. : |
| vs. | : : |
| GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGHAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA, | : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |

**DEFENDANTS GEORGE, PAM, AND MEGHAN VILLEGAS' MOTION TO STRIKE SCANDALOUS AND IMPERTINENT MATTER PURSUANT TO FED.R.CIV.P. 12(f)**

Defendants George, Pam, and Meghan Villegas, through their undersigned counsel, respectfully submit the following Motion to Strike, pursuant to Fed.R.Civ.P 12(f), stating the following:

1

1. The Plaintiffs' use of the moniker "mean girls" is scandalous and impertinent.

2. Defendants George, Pam, and Meghan Villegas join with Defendants Chris and Kimberly Salancy, and their daughter, E.S.'s Motion to Strike (Document 34) and join in the prayer for the requested relief.

3. The foregoing Motion to Strike has been discussed with all other counsel of record in this matter.  Plaintiffs intend to oppose this Motion.  The other Defendants in this case do not oppose this Motion.

WHEREFORE, Defendants George, Pam, and Meghan Villegas respectfully request that this Honorable Court enter the attached Order directing that the phrase "mean girls" be stricken from the Complaint.

Respectfully Submitted,

*/s/ Joseph V. Charlton*
Joseph V. Charlton, Esq.
D. Robert Marion Jr., Esq.
Charlton Law
617 South Pike Road
Sarver, PA  16055

Counsel for Defendants
George, Pam, and Meghan Villegas

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2018, I have filed electronically the foregoing Motion to Strike pursuant to Fed.R.Civ.P. 12(f) with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorney(s) of record:

Craig L. Fishman, Esq.
Shenderovich, Shenderovich & Fishman, P.C.
429 Fourth Ave.
1100 Law & Finance Building
Pittsburgh, PA  15219
clf@ssf-lawfirm.com
*Counsel for Plaintiffs*

Marie Mille Jones, Esq.
Maria N. Pipak, Esq.
JonesPasaodelis, PLLC
Gulf Tower, Suite 3410
707 Grant Street
Pittsburgh, PA  15219
mjones@jonespassodelis.com
mpipak@jonespassodelis.com
*Counsel for Butler County District Attorney's Office and Butler County, Pennsylvania*

Stephen J. Magley, Esq.
O'Malley & Magley, LLP
5280 Steubenville Pike
Pittsburgh, PA  15205
sjm@omalleyandmagley.com
*Counsel for David and Christine Seaman, individually and as Parents and Natural Guardians of C.S., a minor*

Matthew M. Hoffman, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
mhoffman@tuckerlaw.com
*Counsel for Seneca Valley School District*

Jill D. Sinatra, Esq.
Gilliand Vanasdale Sinatra Law Office, LLC
1667 Route 228, Suite 300
Cranberry Township, PA  16066
jill@gvlawoffice.com
*Counsel for David and Christy Sherk, individually and as Parents and Natural Guardians of K.C., a minor*

S. Michael Streib, Esq.
300 Oxford Drive, Suite 75
Monroeville, A  15146
smstreiblawfirm@hmbn.com
Jennifer Swistak, Esq.
650 Washington Rd., Suite 700
Pittsburgh, PA  15228
jswistak@c-wlaw.com
*Counsel for Chris and Kimberly Salancy and as Parents and Natural Guardians of E.S., a minor*

3

The following individuals have been served via first class mail, postage pre-paid, this 4th day of December 2018.

| | |
|---|---|
| David Reina<br>5A River Road<br>Pittsburgh, PA  15238<br>*Individually and as parent of H.R.* | Lynn Reina<br>103 Green Gables Manor<br>Zelienople, PA  15063<br>*Individually and as parent of H.R.* |

Respectfully Submitted,

*/s/  Joseph V. Charlton*
Joseph V. Charlton, Esq.
D. Robert Marion Jr., Esq.
Charlton Law
617 South Pike Road
Sarver, PA  16055

Counsel for Defendants George, Pam, and Meghan Villegas