**CERTIFICATE OF COMPLIANCE**

I hereby certify that prior to filing this Motion, I conferred in good faith with counsel for all Defendants and with the unrepresented Defendants regarding their position as to the relief sought.  The unrepresented Defendants did not agree to the relief requested in the foregoing Motion.

        Respectfully submitted,

        Shenderovich, Shenderovich & Fishman, P.C.

By: /s/ Craig L. Fishman
        Craig L. Fishman, Esquire
        PA I.D. #58753

        429 Fourth Avenue
        1100 Law & Finance Building
        Pittsburgh, PA  15219

        (412) 391-7610 – telephone
        (412) 391-1126 – facsimile
        clf@ssf-lawfirm.com

        Attorney for Plaintiffs