## AMENDED CERTIFICATE OF COMPLIANCE

    I hereby certify that prior to filing this Motion, I conferred in good faith with the unrepresented Defendants who are the subject of this motion.  I did not confer with counsel for the other Defendants. The unrepresented Defendants did not agree to the relief requested in the foregoing Motion.

        Respectfully submitted,

        Shenderovich, Shenderovich & Fishman, P.C.

By: /s/ Craig L. Fishman
      Craig L. Fishman, Esquire
      PA I.D. #58753

      429 Fourth Avenue
      1100 Law & Finance Building
      Pittsburgh, PA  15219

      (412) 391-7610 – telephone
      (412) 391-1126 – facsimile
      clf@ssf-lawfirm.com

      Attorney for Plaintiffs