UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FLOOD, JR. and ALECIA FLOOD, individually and as Parents and Natural Guardians of T.R., a minor, | CASE NO.: 2:18-cv-01310-MRH |
| Plaintiffs, | HONORABLE MARK R. HORNAK |
| v. | |
| GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA, | |
| Defendants. | |

### F.R.C.P. 34 (a)(1)(A) and F.R.C.P. 34 (a)(1)(B) REQUEST ACCORDING TO F.R.C.P. 26(d)(2) DIRECTED TO DEFENDANTS, BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE AND BUTLER COUNTY, PENNSYLVANIA

AND NOW come the Defendants, David and Christine Seaman, individually and as Parents and Natural Guardians of C.S., a minor, by and through their attorneys, O'Malley & Magley, L.L.P. and Stephen J. Magley, Esquire, and serve the following F.R.C.P. 34 (a)(1)(A) and F.R.C.P. 34 (a)(1)(B) Request according to F.R.C.P. 26(d)(2) upon Defendants, Butler County District Attorney's Office and Butler County, Pennsylvania as follows:

**Exhibit 1**

1. Kindly produce a complete copy of the investigation file of the Butler County District Attorney's Office of or concerning the parties to this action including video recordings of testimony by all witnesses.

>Respectfully submitted
>
>O'MALLEY & MAGLEY, L.L.P.
>
>By: */s/Stephen J. Magley*
>STEPHEN J. MAGLEY, ESQUIRE
>PA I.D. No.: 59990
>5280 Steubenville Pike
>Pittsburgh, PA 15205
>(412) 788-1200
>(412) 788-2008 – Facsimile
>sjm@omalleyandmagley.com
>
>*Counsel for Defendants,*
>*David and Christine Seaman, individually and*
>*as Parents and Natural Guardians of C.S., a*
>*minor*