IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and ALECIA FLOOD, individually and as Parents and Natural Guardians of TYLER FLOOD, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA,<br><br>Defendants. | Civil Action No.: 2:18-cv-01310-MRH<br><br>HONORABLE MARK R. HORNAK |

## ORDER OF COURT

It is hereby Ordered that Plaintiffs' Motion for a Protective Order is GRANTED, as follows.

Counsel for the Butler County District Attorney's Office and Butler County, Pennsylvania ("Producing Parties") shall not respond to the Rule 26(d)(2) requests of Defendants, David and Christine Seaman, individually and as Parents and Natural Guardians of C.S., a minor, until further Order of this Court. Producing Parties shall promptly identify, segregate and preserve all responsive documents/items, and shall retain custody pending further Order of this Court.

~~District Attorney's Office and Butler County, Pennsylvania to any unrepresented Defendants at a mutually-convenient time for review at counsel's office, but copies of those documents shall not be produced to parties not represented by counsel.~~

BY THE COURT:

Dated: 12-6-18

[signature]

Hon. Mark R. Hornak
United States District Judge