### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and ALECIA FLOOD, individually and as Parents and Natural Guardians of TYLER FLOOD, a minor, | Civil Action No.:  2:18-cv-01310-MRH |
| | HONORABLE MARK R. HORNAK |
| Plaintiffs, | |
| vs. | |
| GEORGE VILLEGAS, JR. and  PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA, | |
| Defendants. | |

## **REQUEST TO ENTER DEFAULT**

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

You will please enter the default of the Defendants, David Reina and Lynn Reina, individually and as Parents and Natural Guardians of H.R., a minor, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Craig L. Fishman, Esquire hereto attached.

Respectfully submitted,

Shenderovich, Shenderovich & Fishman, P.C.

By: /s/ Craig L. Fishman
      Craig L. Fishman, Esquire
      PA I.D. #58753

      429 Fourth Avenue
      1100 Law & Finance Building
      Pittsburgh, PA  15219

      (412) 391-7610 – telephone
      (412) 391-1126 – facsimile
      clf@ssf-lawfirm.com

      Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

All parties represented by counsel have been served by the Court's CM/ECF system. David Reina and Lynn Reina are unrepresented, and have been served with this document via email at the email addresses listed on their Waiver of the Service of Summons forms as follows:

Lynn Reina (shields148@hotmail.com)

David Reina (pghsteelers74@hotmail.com)

The unrepresented Defendants were also served via First Class United States Mail, postage prepaid, as follows:

>Mr. David Reina
>5A River Road
>Pittsburgh, PA  15238

>Ms. Lynn Reina
>103 Green Gables Manor
>Zelienople, PA  16063

>/s/ Craig L. Fishman
>Craig L. Fishman, Esquire
>Attorney for Plaintiffs