## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and ALECIA FLOOD, individually and as Parents and Natural Guardians of TYLER FLOOD, a minor, | Civil Action No.: 2:18-cv-01310-MRH |
| Plaintiffs, | HONORABLE MARK R. HORNAK |
| vs. | |
| GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA, | |
| Defendants. | |

### AFFIDAVIT FOR ENTRY OF DEFAULT

COMMONWEALTH OF PENNSYLVANIA           )
                                                                        )   ss:
COUNTY OF ALLEGHENY                                 )

Craig L. Fishman, Esquire, being duly sworn, says that he is the attorney for Plaintiffs in the above-entitled action; that the complaint and summons in this action were served on Defendants, David Reina and Lynn Reina, individually and as Parents and

Natural Guardians of H.R., a minor, on October 5, 2018; that service was made on October 6, 2018; that the time within which Defendants, David Reina and Lynn Reina, individually and as Parents and Natural Guardians of H.R., a minor, may answer or otherwise move as to the complaint has expired; that the Defendants, David Reina and Lynn Reina, individually and as Parents and Natural Guardians of H.R., a minor, have not answered or otherwise moved and that the time for Defendants, David Reina and Lynn Reina, individually and as Parents and Natural Guardians of H.R., a minor, to answer or otherwise move has not been extended.

Respectfully submitted,

Shenderovich, Shenderovich & Fishman, P.C.

By: _____
Craig L. Fishman, Esquire
PA I.D. #58753

429 Fourth Avenue
1100 Law & Finance Building
Pittsburgh, PA  15219

(412) 391-7610 – telephone
(412) 391-1126 – facsimile
clf@ssf-lawfirm.com

Attorney for Plaintiffs

SWORN TO AND SUBSCRIBED BEFORE ME THIS
6th DAY OF DECEMBER, 2018

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Cris A. Olszewski, Notary Public
Allegheny County
My commission expires April 8, 2022
Commission number 1123340
Member, Pennsylvania Association of Notaries