## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and ALECIA FLOOD, individually and as Parents and Natural Guardians of TYLER FLOOD, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA,<br><br>    Defendants. | Civil Action No.: 2:18-cv-01310-MRH<br><br>HONORABLE MARK R. HORNAK |

AND NOW, this _____ day of _____, 20____, pursuant to request to enter default and affidavit filed, default is hereby entered against Defendants, David Reina and Lynn Reina, individually and as Parents and Natural Guardians of H.R., a minor, for failure to plead or otherwise defend.

_____
Joshua C. Lewis, Clerk