

e▇▇.bo.bearin_

1 posts · 10 follo... · 7 follo...

**Follow**

e▇▇.bo.bearin2.0 cause snitches get stitches

Followed by k▇▇.r▇▇

**This Account is Private**
Follow this account to see their photos and videos.

**Suggestions for You**     See All




Exhibit 1