# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL and ALECIA FLOOD, individually and as Parents and Natural Guardians of TYLER FLOOD, a minor, | Civil Action No.: 2:18-cv-01310-MRH |
| | HONORABLE MARK R. HORNAK |
| Plaintiffs, | |
| vs. | |
| GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA, | |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO THE RULE 12 MOTION OF
DEFENDANT SENECA VALLEY SCHOOL DISTRICT (DOCUMENT NUMBER 32)**

AND NOW, come the Plaintiffs, Michael and Alecia Flood, individually and as

Parents and Natural Guardians of Tyler Flood, a minor, by and through their attorneys,

Craig L. Fishman, Esquire and Shenderovich, Shenderovich & Fishman, P.C. and file

the following Plaintiffs' Response to the Rule 12 Motion of Defendant Seneca Valley School District (Document Number 32):

    Plaintiffs incorporate their Brief in Opposition to the Rule 12 Motion of Defendant Seneca Valley School District, as fully as if it were set forth at length herein.  Plaintiffs respectfully request the Court deny all of Defendants' Rule 12 Motions, except as noted in the Brief which has been incorporated by reference.

Respectfully submitted,

Shenderovich, Shenderovich & Fishman, P.C.

By: /s/ Craig L. Fishman
    Craig L. Fishman, Esquire
    PA I.D. #58753

    429 Fourth Avenue
    1100 Law & Finance Building
    Pittsburgh, PA  15219

    (412) 391-7610 – telephone
    (412) 391-1126 – facsimile
    clf@ssf-lawfirm.com

    Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

All parties represented by counsel have been served by the Court's CM/ECF system.  David Reina and Lynn Reina are unrepresented, and have been served with this document via email at the email addresses listed on their Waiver of the Service of Summons forms as follows:

Lynn Reina (shields148@hotmail.com)

David Reina (pghsteelers74@hotmail.com)

    /s/ Craig L. Fishman
Craig L. Fishman, Esquire
Attorney for Plaintiffs