**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MICHAEL FLOOD, JR. and ALECIA     :    Civil Action No.:  2:18-cv-1310
FLOOD, individually and as Parents and    :
Natural Guardians of T.F., a minor,     :
                         :
         Plaintiffs      :
                         :
   vs.                 :
                         :
GEORGE VILLEGAS, JR. and PAM     :
VILLEGAS, individually and as Parents  :
and Natural Guardians of MEGAN    :
VILLEGAS; DAVID and CHRISTY    :
SHERK, individually and as Parents and :
Natural Guardians of K.S., a minor; DAVID :
and CHRISTINE SEAMAN, individually  :
and as Parents and Natural Guardians of :
C.S., a minor; CRIS and KIMBERLY   :
SALANCY, individually and as Parents  :
and Natural Guardians of E.S., a minor;  :
DAVID and LYNN REINA, individually and :
as Parents and Natural Guardians of H.R., :
a minor; SENECA VALLEY SCHOOL   :
DISTRICT; BUTLER COUNTY DISTRICT :
ATTORNEY'S OFFICE; and BUTLER  :
COUNTY, PENNSYLVANIA,        :
                         :
      Defendants.      :

**JOINT RESPONSE OF DEFENDANTS VILLEGAS, SHERK, SEAMAN, AND
SALANCY, (ON BEHALF OF THEMSELVES AND THEIR CHILDREN)
TO PLAINTIFFS' MOTION FOR A SECOND PROTECTIVE ORDER**

      AND NOW, COME Defendants George Villegas, Jr. and Pam Villegas, David Sherk and

Christy Sherk, David Seaman and Christine Seaman, and Cris Salancy and Kimberly Salancy, on

behalf of themselves and on behalf of their children Megan Villegas, K.S., C.S., and E.S., by and

through their undersigned counsel, and make the following response to Plaintiffs' Motion for

Issuance for a Second Protective Order:

1.      The positions of Plaintiffs and Defendants with respect to Plaintiffs' requests for protective orders has already been set forth in Plaintiffs' Motion for Issuance of a Protective Order (Document 65), Responding Parties' Joint Motion for Modification of Protective Order (Document 83), and Plaintiffs' Response in Opposition to Defendants' Joint Motion for Modification of Protective Order (Document 85).

2.      Responding Parties do not object to the entry of a protective order, but ask that the Order of Court include limitations applicable to all parties and their counsel and representatives, restricting dissemination of any information contained in the requested materials regarding minors to persons who are participating in the litigation, or expected to participate in the litigation, as a party, counsel, a witness, an expert, a consultant, or support staff of counsel, experts or consultants, all of whom shall be advised of the Order of Court and its restrictions on dissemination, and further, directing that all use of the information contained in the requested materials regarding minors that is made in depositions, discovery, motions or pleadings be done under seal.

3.      Responding Parties agree with Plaintiffs' suggestion that the Order of Court also include a provision directing Seneca Valley School District to promptly identify, segregate and preserve all responsive documents/items until further order of court.

4.      Defendant Seneca Valley School District does not oppose the entry of a protective order with the restrictions set forth above and in the proposed Order of Court attached hereto. Defendant Butler County and the Butler County District Attorney's Office also does not oppose the entry of a protective order with the restrictions set forth above and in the proposed Order of Court attached hereto.

WHEREFORE, defendants George Villegas, Jr., Pam Villegas, David Sherk, Christy Sherk, David Seaman, Christine Seaman, Cris Salancy and Kimberly Salancy, and their children Megan Villegas, K.S., C.S. and E.S., request that this Honorable Court direct Seneca Valley School District to respond to the Request for Production of Documents served upon it by David and Christine Seaman on January 29, 2019 and produce the requested documents, information, items and materials, within the time period allowed by the Rules of Civil Procedure to the Requesting Parties, with appropriate restrictions as set forth on the attached, proposed Order of Court.

Respectfully Submitted,

By: _s/Stephen J. Magley_
STEPHEN J. MAGLEY, ESQUIRE
PA I.D. No. 59990
5280 Steubenville Pike
Pittsburgh, PA 15205
(412) 788-1200
(412) 788-2008 – Facsimile
sjm@omalleyandmagley.com

_Counsel for Defendants,_
_David and Christine Seaman,_
_individually and as Parents and_
_Natural Guardians of C.S., a minor_

By: _s/Jill Sinatra_
JILL SINATRA, ESQUIRE
PA I.D. No. 95075
1667 Route 228, Suite 300
Cranberry Township, PA  16066
(724) 741-0536
(724) 741-0538 – Facsimile
jill@gvlawoffice.com

_Counsel for Defendants,_
_David and Christy Sherk,_
_individually and as Parents and_
_Natural Guardians of K.S., a minor_

By: _s/Jennifer M. Swistak_
Jennifer M. Swistak, Esquire
Pa. I.D. No. 75959
650 Washington Road, Suite 700
Pittsburgh, PA  15228
(412) 563-2500
jswistak@c-wlaw.com

By: _s/ Michael Streib_
S. Michael Streib, Esquire
Pa. I.D. No. 30376
300 Oxford Drive, Suite 75
Monroeville, PA  15146
(412) 566-1090
smstreiblawfirm@hmbn.com

_Counsel for Defendants, Cris and Kimberly Salancy,_
_individually and as Parents and Natural Guardians of E.S., a minor_

3

By: *s/Joseph V. Charlton*
    Joseph V. Charlton, Esquire
    D. Robert Marion, Esquire
    617 South Pike Road
    Sarver, PA 16055
    (724) 540-1161
    (724) 540-1164 - Facsimile
    joe@charltonlawyers.com

    *Counsel for Defendants,*
    *George Villegas Jr. and Pam Villegas,*
    *individually and as Parents and*
    *Natural Guardians of Megan Villegas*