# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FLOOD, JR., et al., | ) | |
| Plaintiffs, | ) ) ) | 2:18-cv-01310 |
| v. | ) ) | |
| GEORGE VILLEGAS, JR., et al., | ) ) | |
| Defendants. | ) | |

Hearing Type:   Oral Argument

Date:   April 5, 2019

Before:   Chief Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Craig Fishman |
| Counsel for Defendant | Joseph Charlton; Jill Sinatra; Stephen Magley; Jennifer Swistak' S. Michael Streib; Matthew Hoffman; Marie Millie Jones; D. Robert Marion |
| Court Reporter | Karen Earley |
| Law Clerk | M. Nicholas Rutigliano |
| Start time | 9:40 AM |
| End time | 1:35 PM |

**SUMMARY OF PROCEEDINGS:**

The Court held Oral Argument on pending Motions at 32, 34, 36, 38, 40, 42, 44, 46, 47, 49, 52, 56, 58, 60, 83 and 86. An appropriate Order will issue.