IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FLOOD, JR. and ALECIA FLOOD, individually and as Parents and Natural Guardians of T.F., a minor,<br><br>Plaintiffs<br><br>vs.<br><br>GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGHAN VILLEGAS; DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA,<br><br>Defendants. | Civil Action No.: 2:18-cv-1310<br><br>Honorable Mark R. Hornak, J. |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiffs, with the consent of all parties appearing, by their respective counsel, hereby stipulate to the dismissal with prejudice of George, Pam and Meghan Villegas from this action.

1

/s/ Craig. L. Fishman, Esq.
Craig L. Fishman, Esq.
Shenderovich, Shenderovich & Fishman, P.C.
429 Fourth Ave.
1100 Law & Finance Building
Pittsburgh, PA 15219
*Counsel for Plaintiffs*

/s/ Stephen J. Magley, Esq.
Stephen J. Magley, Esq.
O'Malley & Magley, LLP
5280 Steubenville Pike
Pittsburgh, PA 15205
*Counsel for David and Christine Seaman, Individually and as Parents and Natural Guardians of C.S., a minor*

/s/ Marie Millie Jones, Esq.
Marie Mille Jones, Esq.
Maria N. Pipak, Esq.
JonesPasaodelis, PLLC
Gulf Tower, Suite 3410
707 Grant Street
Pittsburgh, PA 15219
*Counsel for Butler County District Attorney's Office and Butler County Pennsylvania*

/s/ S. Michael Streib, Esq.
300 Oxford Drive, Suite 75
Monroeville, PA 15146
*Counsel for Chris and Kimberly Salancy, Individually and as Parents and Natural Guardians of E.S., a minor.*

/s/ Joseph V. Charlton, Esq.
Joseph V. Charlton, Esq.
CHARLTON LAW
617 S. Pike Road
Sarver, PA 16055
*Counsel for George, Pam and Meghan Villegas*

/s/ Jill D. Sinatra, Esq.
Jill D. Sinatra, Esq.
Gilliand, Vanasdale Sinatra Law Office, LLC
1667 Route 228, Suite 300
Cranberry Township, PA 16066
*Counsel for David and Christy Sherk, individually and as Parents and Natural Guardians of E.S., a minor*

/s/ Matthew M. Hoffman, Esq.
Matthew M. Hoffman, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
*Counsel for Seneca Valley School District*