IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FLOOD, JR. and ALECIA FLOOD, individually and as Parents and Natural Guardians of T.F., a minor | CIVIL ACTION NO. 2:18-cv-1310 |
| Plaintiffs, | Honorable Mark R. Hornak, J. |
| v. | |
| GEORGE VILLEGAS, JR. and PAM VILLEGAS, individually and as Parents and Natural Guardians of MEGAN VILLEGAS, DAVID and CHRISTY SHERK, individually and as Parents and Natural Guardians of K.S., a minor; DAVID and CHRISTINE SEAMAN, individually and as Parents and Natural Guardians of C.S., a minor; CRIS and KIMBERLY SALANCY, individually and as Parents and Natural Guardians of E.S., a minor; DAVID and LYNN REINA, individually and as Parents and Natural Guardians of H.R., a minor; SENECA VALLEY SCHOOL DISTRICT; BUTLER COUNTY DISTRICT ATTORNEY'S OFFICE; and BUTLER COUNTY, PENNSYLVANIA | |
| Defendants | |

## DEFENDANT, SENECA VALLEY SCHOOL DISTRICT'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(6)

Defendant, Seneca Valley School District ("Seneca Valley"), submits this Motion to Dismiss to Plaintiffs' Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state claims upon which relief may be granted.

1.      As against Seneca Valley, Plaintiffs' initial Complaint asserted an Equal Protection Clause claim pursuant to 42 U.S.C. § 1983 and a violation of Title IX, 20 U.S.C. § 1681(a). The gravamen of Plaintiff's claims against Seneca Valley is that the

school district did not discipline female adolescents for making allegedly false accusations that the minor Plaintiff, T.F. committed sexual assault while at a municipal pool in the summer of 2017 and at a private residence in March 2018.

2. Upon Seneca Valley's motion to dismiss to Plaintiffs' initial complaint, the claims against Seneca Valley were dismissed without prejudice, subject to Plaintiffs being afforded the opportunity to amend their Complaint. As to Plaintiffs' putative Equal Protection Clause claim, the Court concluded that "there are insufficient facts pled in the Complaint to plausibly allege the existence of a custom or policy, made or adopted by a final policy maker, so as to subject Seneca Valley to liability under [*Monell v. N.Y.C. Dep't of Social Servs.*, 436 U.S. 658 (1978)] for an alleged intentional deprivation of Plaintiffs' right to equal protection under the law." [ECF No. 94, at p. 5].

3. Plaintiffs' Amended Complaint [ECF No. 99] does not include a claim for violation of Title IX, but restates their claim of an Equal Protection Clause claim pursuant to 42 U.S.C. § 1983. Specifically, Count III of the Amended Complaint asserts that (1) T.F. was deprived of equal protection by a custom of selective enforcement by principals of Seneca Valley's sexual harassment policies, and (2) alternatively, Seneca Valley's Board of School Directors was deliberately indifferent to false accusations by females of sexual assault against T.F., a male.

4. The Amended Complaint continues to fail to allege facts that would establish that Seneca Valley engaged in a policy or custom of gender discrimination against male students.

5. The Amended Complaint continues to fail to allege facts as would establish the elements of deliberate indifference and causation of injury to T.F. by Seneca Valley's Board of School Directors.

6. For these reasons, as more fully discussed in Seneca Valley's supporting brief, Count III of the Amended Complaint fails to state a claim against Seneca Valley for which relief may be granted and, as to Seneca Valley, the Amended Complaint should be dismissed.

7. The foregoing motion to dismiss has been discussed with other counsel of record in this matter. Plaintiffs intend to oppose the motion. The other Defendants in this matter do not oppose the motion.

WHEREFORE, Defendant, Seneca Valley School District, respectfully requests that, as against Seneca Valley, Plaintiffs' Complaint be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state claims for which relief may be granted.

Respectfully submitted,

/s/ Matthew M. Hoffman
Matthew M. Hoffman
PA. I.D. # 43949
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mhoffman@tuckerlaw.com

Dated: June 24, 2019

Attorneys for Defendant,
Seneca Valley School District

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of June 2019, I have filed electronically the foregoing Motion to Dismiss to Plaintiffs' Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorney(s) of record as follows:

Craig L. Fishman, Esquire
Shenderovich, Shenderovich & Fishman, P.C.
429 Fourth Avenue
1100 Law & Finance Building
Pittsburgh, PA 15219
clf@ssf-lawfirm.com
*Counsel for Plaintiffs*

Marie Millie Jones, Esquire
Maria N. Pipak, Esquire
JonesPassodelis, PLLC
Gulf Tower, Suite 3410
707 Grant Street
Pittsburgh, PA 15219
mjones@jonespassodelis.com
mpipak@jonespassodelis.com
*Counsel for Butler County District Attorney's Office and Butler County, Pennsylvania*

Stephen J. Magley, Esquire
O'Malley & Magley, LLP
5280 Steubenville Pike
Pittsburgh, PA 15205
sjm@omalleyandmagley.com
*Counsel for David and Christine Seaman, individually and as Parents and Natural Guardians of C.S., a minor*

Joseph V. Charlton, Esquire
617 South Pike Road
Sarver, PA 16055
joe@charltonlawyers.com
*Counsel for George Villegas, Jr., Pam Villegas and Meghan Villegas*

Jill D. Sinatra, Esquire
Gilliand Vanasdale Sinatra Law
 Office, LLC
1667 Route 228, Suite 300
Cranberry Township, PA 16066
jill@gvlawoffice.com
*Counsel for David and Christy Sherk, individually and as Parents and Natural Guardians of K.C., a minor*

S. Michael Streib, Esquire
300 Oxford Drive, Suite 75
Monroeville, PA 15146
smstreiblawfirm@hmbn.com
*Counsel for Cris and Kimberly Salancy and as Parents and Natural Guardians of E.S., a minor*

4

The following individuals have been served via first class mail, postage pre-paid, this 24th day of June 2019.

David Reina
5A River Road
Pittsburgh, PA 15238
*Individually and as parent of H.R.*

Lynn Reina
103 Green Gables Manor
Zelienople, PA 15063
*Individually and as parent of H.R.*

/s/ Matthew M. Hoffman
Matthew M. Hoffman
PA. I.D. # 43949
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mhoffman@tuckerlaw.com

Attorneys for Defendant,
Seneca Valley School District